UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION\

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:12-CR-205-T-17MAP

ANGEL VILLANUEVA.

_____/

PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c) for a preliminary order of forfeiture for the following firearms and ammunition:

a.  One Israel weapon IND-IWI (Israel Military IND-IMI);

b.  One Zephyr Woodlander II SB .12 caliber shotgun;

c.  One round Winchester-Western .45 caliber ammunition; and

d.  One round Speer .50 caliber ammunition.

Angel Villanueva pleaded guilty to the drug trafficking conspiracy, in violation of 21 U.S.C. §§ 841(a)(1), 846, 841(b)(1)(A), and 841(b)(1)(C), as charged in Count One of the Superseding Indictment, and possession of a firearm in furtherance of the drug trafficking conspiracy, in violation of 18 U.S.C. 18 U.S.C. § 924(c)(1)(A)(i), as charged in Count Two, and the Court adjudged him guilty of these offenses.  In his Plea Agreement, Villanueva admitted that the firearms and ammunition were possessed by the defendant in furtherance of his drug trafficking and related criminal activity.
Thus, the United States has established the requisite nexus between the firearms and ammunition identified above and the offenses of conviction.  The United States is entitled possession of the firearms and ammunition, pursuant to the provisions of 21 U.S.C. § 853(a)(2), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of

Case No. 8:12-CR-205-T-17MAP

Criminal Procedure 32.2(b)(2). Accordingly, it is hereby

    **ORDERED** that motion of the United States is **granted** (Dkt. 211).

    It is **FURTHER ORDERED** that, pursuant to 21 U.S.C. § 853(a)(2), 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearms and ammunition are **forfeited** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853.

    The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of the firearms and ammunition, and to address any third party interests that may be asserted in these proceedings.

    **DONE and ORDERED** in Chambers in Tampa, Florida on this 10th day of November, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All Parties/Counsel of Record