UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:12-cr-205-SDM-SPF

NATHANIEL HARRIS
_____/

### ORDER

The defendant moves (Doc. 1501) for a refund of $1,465 collected under the Mandatory Victim Restitution Act and the Crime Victims' Rights Act. For the reasons explained in the United States' response (Doc. 1696), the defendant is entitled to a refund of $890 — not $1,465. Accordingly, the motion (Doc. 1501) is **GRANTED-IN-PART**, and the clerk is directed to refund $890 to the defendant. The defendant's earlier motion (Doc. 1499) is **DENIED**.

ORDERED in Tampa, Florida, on March 25, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE